**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, Elia Del Carmen Solano-Patricio; TAMARA BAYLEE KUUMEALI'MAKAMAE FARMER DUARTE, a minor, individually and as Successor-in-Interest, by and through her legal guardian, Stevandra Lk Kuanoni; ELIAS BAY KAIMIPONO DUARTE, a minor, individually and as Successor-in-Interest, by and through his legal guardian, Stevandra Lk Kuanoni,<br><br>    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; and Does I through 50 inclusive,<br><br>    Defendants. | Case Number:<br>2:17-cv-01946-JCM-PAL<br><br>**<u>STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)</u>** |

Pursuant to LR 6-1 and LR 26-4, the parties by and through their respective counsel of record, hereby stipulate and request that this court extend discovery in the above-captioned case ninety (90) days, up to and including June 14, 2018. In addition, the parties request that the expert deadline, dispositive motion and pre-trial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this stipulation and request, the parties state as follows:

I. **DISCOVERY COMPLETED TO DATE**

1. On July 18, 2017, the Plaintiffs filed their Complaint. ECF No. 1.

2. On August 4, 2017, Defendant LVMPD filed their Answer to Plaintiffs' Complaint. ECF No. 7.

3. On August 25, 2017, the parties entered into a stipulation (and the court ordered) that the discovery regarding Defendant Lopera be limited due to his pending criminal charges. ECF No. 27.

4. On August 28, 2017, Defendant Lopera filed his Answer to Plaintiffs' Complaint. ECF No. 28.

5. On September 15, 2017, the parties participated in a FRCP 26(f) meeting.

6. On September 27, 2017, Defendant LVMPD provided their initial disclosures pursuant to Rule 26.

7. On September 29, 2017, the Plaintiffs provided their initial disclosure statement pursuant to Rule 26.

8. On September 18, 2017, the Court entered the initial discovery order. ECF No. 30.

9. On October 10, 2017, Defendant LVMPD served each Plaintiff with written discovery.

10. On November 7, 2017, the Plaintiffs served requests for production of documents on Defendant LVMPD.

11. On December 7, 2017, Plaintiffs provided their responses to Defendant LVMPD's written discovery.

12. On December 8, 2017, Defendant LVMPD provided their responses to Plaintiffs' Requests for Production of Documents.

13. On December 20, 2017, Plaintiffs took the depositions of LVMPD Officers Mike Tran and Ashley Lif.

MAC:14687-057 3287404_1 1/4/2018 1:08 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

14. On December 21, 2017, Plaintiffs took the depositions of percipient witnesses Marcelino Vibas and Peter Infantino.

15. On December 21, 2017, Plaintiffs took the deposition of Sergeant Michael Bland – LVMPD's Rule 30(b)(6) witness with respect to use of force training and policies.

16. On December 27, 2017, Plaintiffs took the deposition of LVMPD Deputy Chief John McGrath – LVMPD's Rule 30(b)(6) witness regarding policy changes.

17. On December 27, 2017, Plaintiffs took the deposition of LVMPD Officer Travis Crumrine.

18. All parties have retained and are consulting with expert witnesses.

19. The parties are actively working to set the Plaintiffs' guardian ad litem's depositions. The guardian ad litem currently resides in Hawaii and scheduling has been somewhat problematic.

## II.   WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Plaintiffs and Defendant LVMPD have actively participated in discovery. Despite the stay regarding discovery against Defendant Lopera, his counsel has participated in all conferences and depositions. After the recent depositions of the percipient witnesses and LVMPD officers, Plaintiffs have indicated that they intend to amend their Complaint to include new claims and new parties. The parties anticipate filing a stipulation to amend the complaint within the next two weeks. The parties agree that the scope of their expert reports will need to cover the new parties and claims once filed. Therefore, moving the expert deadlines is necessary.

## III.   DISCOVERY REMAINING

1. Plaintiffs intend to file an amended complaint identifying new claims and new parties based upon information obtained during the recent depositions. Although the deadline to name new parties and add new claims has passed, the parties will stipulate to allow this amendment to avoid the filing of a separate lawsuit.

MAC:14687-057 3287404_1 1/4/2018 1:08 PM

2.      Defendant LVMPD intends to take the deposition of the Plaintiffs' guardian ad litem who currently resides in Hawaii. The parties are working on an agreeable time for all parties to conduct the depositions.

3.      Defendant LVMPD intends to take the deposition of witness Trinita Farmer.

4.      Plaintiffs intend to take the deposition of percipient witnesses, including, but not limited to, Carolyn Becic, Ronnie Guy, Cody Kollar, Jonathan Pierce, and Ofc. Michael Flores.

5.      The parties need to disclose expert witnesses and rebuttal experts.

6.      The parties need to take the depositions of each parties' experts.

7.      The Plaintiffs intend to take the deposition of Defendant Lopera if the criminal case gets resolved.

## IV.   EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. The parties acknowledge that the expert deadline is less than twenty-one (21) days away. All parties (except Kenneth Lopera) are prepared to disclose their experts based on the current parties and claims. However, based upon the fact that Plaintiffs intend to amend their complaint to include new parties and claims, the parties believe it is in the best interest of the management of the case to extend the expert deadline until all necessary claims and parties are joined in the lawsuit.

/ / /

/ / /

/ / /

MAC:14687-057 3287404_1 1/4/2018 1:08 PM

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| ACTIVITY | DATE | PROPOSED DEADLINE |
|---|---|---|
| Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2) | Tuesday, January 16, 2018 | Monday, April 16, 2018 |
| Rebuttal Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2) | Monday, February 13, 2018 | Monday, May 14, 2018 |
| Discovery Cut-Off Date | Wednesday, March 14, 2018 | Thursday, June 14, 2018 |
| Dispositive Motions | Friday, April 13, 2018 | Friday, July 13, 2018 |
| Joint Pretrial Order | Monday, May 14, 2018 | Tuesday, August 14, 2018 |

This request for an extension of time is not sought for any improper purpose or other purpose of delay. The parties have worked together at moving discovery forward and have conducted significant discovery up to this point. The parties have worked diligently at complying with the case's original deadlines, but recent depositions led the parties to agree that additional parties and claims should be handled in this lawsuit.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the discovery extension.

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:14687-057 3287404_1 1/4/2018 1:08 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

WHEREFORE, the parties respectfully request that this court extend the discovery period by ninety (00) days from the current deadline of March 14, 2018 up and until including June 14, 2018, and the other discovery dates as outlined in accordance with the table above.

APPROVED AS TO FORM AND CONTENT.

Dated this 4th day of January, 2018.

ABIR COHEN TREYZON SALO, LLP

By: s/Darren D. Darwish
Darren D. Darwish, Esq.
CA Bar No. 305797
Admitted Pro Hac Vice
1901 Avenue of the Stars, Ste. 935
Los Angeles, California 90067
Attorneys for Plaintiffs

CALLISTER LAW

By: s/Mitchell S. Bisson
Matthew Q. Callister, Esq.
Nevada Bar No. 1396
Mitchell S. Bisson, Esq.
Nevada Bar No. 11920
330 E. Charleston Blvd., Ste. 100
Las Vegas, Nevada 89104
Attorneys for Plaintiffs

Dated this 4th day of January, 2018.

MARQUIS AURBACH COFFING

By: s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant LVMPD

MCNUTT LAW FIRM, P.C.

By: s/Daniel R. McNutt
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 S. Eighth Street
Las Vegas, Nevada 89101
Attorney for Defendant Lopera

**ORDER**

IT IS SO ORDERED this 10th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Page 6 of 6
MAC:14687-057 3287404_1 1/4/2018 1:08 PM