DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Attorneys for Defendant Officer Kenneth Lopera*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, Elia Del Carmen Solano-Patricio; TAMARA BAYLEE KUUMEALI'MAKAMAE FARMER DUARTE, a minor, individually and as Successor-in-Interest, by and through her legal guardian, Stevandra Lk Kuanoni; ELIAS BAY KAIMIPONO DUARTE, a minor, individually and as Successor-in-Interest, by and through his legal guardian, Stevandra Lk Kuanoni, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; SERGEANT TRAVIS CRUMRINE, individually and in his Official Capacity; OFFICER MICHAEL TRAN, individually and in his Official Capacity; OFFICER MICHAEL FLORES, individually and in his Official Capacity; and Does 1 through 50, inclusive. <br><br> Defendants. | Case No.: 2:17-cv-01946-JCM-PAL <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** <br><br><br> ***Third Request*** |

Pursuant to D.NEV.R. 26-4, the Parties stipulate as follows to extend the pretrial deadlines.

///

I.     STATEMENT OF DISCOVERY COMPLETED.

**A.     Written Discovery.**

The parties have served the following written discovery:

| DATE SERVED | WRITTEN DISCOVERY | DATE OF ORIGINAL RESPONSE |
|---|---|---|
| 10/10/17 | LVMPD's first requests for production to the Estate | 12/21/17 |
| 10/10/17 | LVMPD's first requests for production to Tamara Duarte | 12/07/17 |
| 10/10/17 | LVMPD's first requests for production to Elias Duarte | 12/07/17 |
| 10/10/17 | LVMPD's first interrogatories to the Estate | 12/21/17 |
| 10/10/17 | LVMPD's first interrogatories to Tamara Duarte | 12/07/17 |
| 10/10/17 | LVMPD's first interrogatories to Elias Duarte | 12/07/17 |
| 01/12/18 | Officer Lopera's first requests for admissions to the Estate | 03/14/18 |
| 01/12/18 | Officer Lopera's first requests for production to all Plaintiffs | 03/14/18 |
| 01/12/18 | Officer Lopera's first interrogatories to the Estate | 03/14/18 |
| 03/05/18 | Officer Lopera's first interrogatories to Elias Duarte | 04/20/18 |
| 03/05/18 | Officer Lopera's first interrogatories to Tamara Duarte | 04/20/18 |
| 03/05/18 | Officer Lopera's first second requests for production to Elias and Tamara Duarte | 04/20/18 |
| 04/25/18 | Plaintiffs' first requests for admissions to LVMPD | 05/29/18 |
| 04/25/18 | Plaintiffs' first interrogatories to LVMPD | 05/30/18 |
| 04/25/18 | Plaintiffs' first requests for production to LVMPD | 05/29/18 |
| 06/19/18 | Officer Lopera's first requests for production to LVMPD | 07/24/18 |
| 07/27/18 | Plaintiffs' first requests for admissions to Officer Tran | |
| 07/27/18 | Plaintiffs' first interrogatories to Officer Tran | |
| 07/27/18 | Plaintiffs' first requests for production to Officer Tran | |

| 07/27/18 | Plaintiffs' first requests for admissions to Officer Flores | |
| 07/27/18 | Plaintiffs' first interrogatories to Officer Flores | |
| 07/27/18 | Plaintiffs' first requests for production to Officer Flores | |
| 07/27/18 | Plaintiffs' first requests for admissions to Sergeant Crumrine | |
| 07/27/18 | Plaintiffs' first interrogatories to Sergeant Crumrine | |
| 07/27/18 | Plaintiffs' first requests for production to Sergeant Crumrine | |

**B.  Depositions.**

The following depositions have been taken or are scheduled to be taken:

| DATE | WITNESS | PARTY WHO NOTICED THE DEPOSITION |
| --- | --- | --- |
| 12/20/17 | Defendant Officer Michael Tran | Plaintiffs |
| 12/20/17 | Defendant Officer Ashley Lif | Plaintiffs |
| 12/21/17 | Security Guard Marcelino Vibas | Plaintiffs |
| 12/21/17 | Security Guard Peter Infantino | Plaintiffs |
| 12/21/17 | Sergeant Michael Bland | Plaintiffs |
| 12/27/17 | Chief John McGrath | Plaintiffs |
| 12/27/17 | Sergeant Travis Crumrine | Plaintiffs |
| 02/08/18 | Defendant Officer Michael Flores | Plaintiffs |
| 04/10/18 | Stevandra Kuanoni | LVMPD |
| 04/26/18 | Jonathan Pierce | Plaintiffs |
| 05/08/18 | Trinita Farmer | Plaintiffs |
| 05/31/18 | Tamara Duarte | Plaintiffs |
| 05/31/18 | Elias Duarte | Plaintiffs |
| 05/31/18 | Sandy Morton | Plaintiffs |

| 06/01/18 | Jason Kuanoni | LVMPD |
|---|---|---|
| 06/15/18 | Detective Trevor Alsup | Plaintiffs |
| 06/15/18 | Detective Marc Colon | Plaintiffs |
| 07/19/18 | Treating Physician Dr. Adelisa Lizada | Officer Lopera |
| 07/20/18 | Kasey Kirkegard | Plaintiffs |
| 08/21/18 | Plaintiffs' Expert Scott Defoe | Officer Lopera |
| 08/22/18 | Officer Lopera's Expert Frank Mir | Plaintiffs |
| 08/22/18 | Officer Lopera's Expert Jamie Borden | Plaintiffs |
| 08/24/18 | Treating Nurse Cathy Vild | Officer Lopera |
| 09/12/18 | Coroner Alane Olson, M.D. | Officer Lopera |
| 09/24/18 | Defendants' Expert Dr. Gary Vilke | Plaintiffs |
| 09/24/18 | Defendants' Expert Dr. Binh Ly | Plaintiffs |

**C.     Expert Witnesses.**

To date, the parties have disclosed the following expert witnesses:

| EXPERT WITNESS | DISCLOSING PARTY(IES) |
|---|---|
| Dr. Binh Ly | Defendants (Joint Disclosure) |
| Dr. Gary Vilke | Defendants (Joint Disclosure) |
| Dr. Stan v. Smith | Defendants (Joint Disclosure) |
| John Ryan | LVMPD |
| Lawrence G. Lynch | LVMPD |
| Frank Mir | Officer Lopera |
| Jamie Borden | Officer Lopera |
| Dr. Alane Olson | Plaintiffs |
| Dr. Terrence Clauretie | Plaintiffs |

| Dr. William Smock | Plaintiffs |
| Scott DeFoe | Plaintiffs |

## II.   DESCRIPTION OF THE REMAINING DISCOVERY.

The parties still need to complete the following depositions:

| DATE | DEPOSITION LOCATION | WITNESS | NOTICING PARTY |
| --- | --- | --- | --- |
| 08/21/18 | Las Vegas, NV | Plaintiffs' Expert Scott Defoe | Officer Lopera |
| 08/22/18 | Las Vegas, NV | Officer Lopera's Expert Frank Mir | Plaintiffs |
| 08/22/18 | Las Vegas, NV | Officer Lopera's Expert Jamie Borden | Plaintiffs |
| 08/24/18 | Las Vegas, NV | Treating Nurse Cathy Vild | Officer Lopera |
| 09/12/18 | Sequim, WA | Coroner Alane Olson, M.D. | Officer Lopera |
| 09/24/18 | San Diego, CA | Defendants' Expert Dr. Gary Vilke | Plaintiffs |
| 09/24/18 | San Diego, CA | Defendants' Expert Dr. Binh Ly | Plaintiffs |
| TBD | Louisville, KY | Plaintiffs' Expert William Smock | Officer Lopera |
| TBD | Las Vegas, NV | Plaintiffs' Expert Terrence Clauretie | Officer Lopera |
| TBD | Missouri | LVMPD's Expert Lawrence G. Lynch | Plaintiffs |
| TBD | Indiana | LVMPD's Expert Jack Ryan | Plaintiffs |
| TBD | Chicago, IL | Defendants' Expert Dr. Stan V. Smith | Plaintiffs |

## IV.   REASONS WHY THE REMAINING DISCOVERY HAS NOT BEEN COMPLETED.

One of the attorneys representing Plaintiffs, Federico C. Sayre, has two trials in other cases

during the current discovery period. Mr. Sayre asked Defendants to stipulate to a thirty day extension of the discovery deadline, to which Defendants agreed. Officer Lopera's counsel also proposed that the extension be for forty-five days in case Mr. Sayre's trials were to go longer than anticipated or in the event any other unforeseen scheduling issues were to arise.

On Tuesday, August 7, 2018, Plaintiffs' counsel received from Craig Anderson, counsel for Defendant Las Vegas Metropolitan Police Department, the report of the Tactical Review Board, Force Investigation Report, and Critical Incident Review Process report. Plaintiffs would like to take the depositions of 1) Assistant Sheriff Tim Kelly, Chair; 2) Captain John Pelletier, Board Member; 3) Sergeant Ryan Evans, Tactical Expert; 4) Sergeant Jose Hernandez Peer Member; and 5) Detective Travis Ivie, Peer Member.

The LVMPD Defendants have agree to three additional depositions including (1) Tim Kelly, (2) Ryan Evans, and (3) Jose Hernandez.  These depositions will be limited to recently produced documents. The LVMPD Defendants do not agree to five additional defendants.  However, the LVMPD Defendants remain open to discussing additional depositions after the three depositions have been taken.

## V.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY.

| TASK | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Discovery Cut-Off Date | Wednesday, September 12, 2018 | Monday, October 29, 2018 |
| Dispositive Motions | Thursday, October 11, 2018 | Monday, November 26, 2018 |
| Joint Pretrial Order | Monday, November 12, 2018 | Thursday, December 27, 2018 |

All other deadlines not expressly addressed above shall remain unchanged.

This request for an extension of time is not sought for any improper purpose or other purpose of delay.  The parties have worked together at moving discovery forward and have conducted significant discovery up to this point.

This is the third request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the discovery extension.

IT IS SO STIPULATED on August 13, 2018.

MCNUTT LAW FIRM, P.C.                          ABIR COHEN TREYZON SALO, LLP

*/s/ Dan McNutt*                  .              */s/ Federico C. Sayre*
DANIEL R. MCNUTT (SBN 7815)                     Federico C. Sayre, Esq.
MATTHEW C. WOLF (SBN 10801)                     CA Bar No. 067420 (admitted *pro hac vice*)
625 South Eighth Street                         1901 Avenue of the Stars, Suite 935
Las Vegas, Nevada 89101                         Los Angeles, California 90067
*Attorneys for Defendant*                       *Attorneys for Plaintiffs*
*Officer Kenneth Lopera*

MARQUIS AURBACH COFFING

*/s/ Craig R. Anderson*
Craig R. Anderson, Esq.
NV Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant LVMPD*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:_____August 17, 2018_____