MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants LVMPD, Sgt. Crumrine, Ofc. Tran and Ofc. Flores

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, Lorin Michelle Taylor; TAMARA BAYLEE KUUMEALI'MAKAMAE FARMER DUARTE, a minor, individually and as Successor-in-Interest, by and through her legal guardian, Stevandra Lk Kuanoni; ELIAS BAY KAIMIPONO DUARTE, a minor, individually and as Successor-in-Interest, by and through his legal guardian, Stevandra Lk Kuanoni,<br><br>                     Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; SERGEANT TRAVIS CRUMRINE, individually and in his Official Capacity; OFFICER MICHAEL TRAN, individually and in his Official Capacity; OFFICER MICHAEL FLORES, individually and in his Official Capacity; and Does I through 50 inclusive,<br><br>                     Defendants. | Case Number:<br>2:17-cv-01946-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS (FIRST REQUEST)** |

/ / /

/ / /

Page 1 of 3

MAC:14687-057 3576610_1 11/14/2018 11:30 AM

Pursuant to LR IA 6-1, the parties, by and through their undersigned counsel of record, hereby agree and jointly stipulate that the dispositive motion deadline in this case, currently set for November 26, 2018, be extended an additional sixty-three (63) days up to and including **Monday, January 28, 2019**.  The following grounds constitute good cause for granting this extension:

1. The parties conducted discovery including depositions up and until the October 29, 2018 discovery cut-off.

2. Many of the deposition transcripts have not been received and are necessary for the dispositive motion briefing.  The parties understand that some transcripts will not be complete until early/mid December.

3. All counsel have scheduling conflicts with the upcoming holidays that would require various extensions with respect to the filing of responses and replies.

4. Plaintiffs' counsel has a scheduled honeymoon beginning on December 26, 2018 through January 12, 2019.

5. Rather than file dispositive motions and then extend the time for all subsequent responsive pleadings, the parties believe that it is best to extend the dispositive motion out until the end of January.

6. All parties agree that discovery is closed and all parties agree that no further discovery will be conducted or attempted.

/ / /

/ / /

/ / /

/ / /

MAC:14687-057 3576610_1 11/14/2018 11:30 AM

This stipulation for an extension of time is also not sought for any improper purpose or other purpose of delay, but in the interest of each party effectively representing their clients at the dispositive motion stage.

Dated this 14th day of November, 2018.

MARQUIS AURBACH COFFING

By: s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants LVMPD, Sgt. Crumrine, Ofc. Tran and Ofc. Flores

MCNUTT LAW FIRM, P.C.

By: s/Daniel R. McNutt
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 South Eighth Street
Las Vegas, Nevada 89101
Attorney for Defendant Lopera

ABIR COHEN TREYZON SALO LLP

By: s/Darren Darwish
Darren Darwish, Esq. (Pro Hac Vice)
1901 Avenue of the Stars, Ste. 935
Los Angeles, CA 90067
Attorneys for Plaintiffs

## ORDER

IT IS HEREBY ORDERED that the dispositive motion deadline in this case, currently set for November 26, 2018, be extended an additional sixty-three (63) days up to and including Monday, January 28, 2019.

IT IS SO ORDERED this 16 day of November, 2018.

United States Magistrate Judge

MAC:14687-057 3576610_1 11/14/2018 11:30 AM