# INDEX OF EXHIBITS TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| A | Incident Chronology created by LVMPD of the subject event |
| B | Deposition of witness LVMPD Officer Ashley Lif |
| C | Defendant Kenneth Lopera's body worn camera video |
| D | Citizen witness Jonathan Pierce's deposition |
| E | Venetian security video and merged LVMPD video |
| F | Deposition of Defendant Travis Crumrine |
| G | Deposition of Defendant Michael Tran |
| H | Deposition of Defendant Michael Flores |
| I | Deposition of Plaintiffs' police practices expert, Scott DeFoe |
| J | Deposition of LVMPD investigating officer Det. Trevor Alsup |
| K | Detective Trevor Alsup's arrest report |
| L | Deposition of LVMPD critical incident review team leader Kasey Kirkegard |
| M | Deposition of LVMPD Assistant Sheriff Tim Kelly |
| N | Expert report of LVMPD defendants' police practice expert Jack Ryan |
| O | Expert report of Plaintiffs' police practices' expert Scott DeFoe |
| P | Deposition of LVMPD Defendants' police practices expert Jack Ryan |
| Q | Deposition of LVMPD Defendants' police practices expert Sonny Lynch |
| R | LVMPD's CALLEA certification |
| S | LVMPD's use of force policy in effect on the date of the subject incident |
| T | Expert report of LVMPD Defendants' police practices expert Sonny Lynch |

Dated this 28 day of January, 2019.

MARQUIS AURBACH COFFING

By _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants LVMPD, Sgt. Crumrine, Ofc. Tran and Ofc. Flores