# Exhibit A - Incident Chronology created by LVMPD of the subject event

## Sunday – May 14, 2017

| Time | Description of Event / Action | Source |
|---|---|---|
| 00:53:00 | Officer Lopera and Lif made contact with Farmer inside the Venetian, near the Grand Canal Shoppes. | Venetian Security Camera |
| 00:54:13 | Officer Lopera handed Officer Lif his coffee and walked toward Farmer. They disappeared from view of the security camera. | Venetian Security Camera |
| 00:54:58 | Officer Lopera attempted to grab Farmer but Farmer backed away and Officer Lopera gave chase. | Officer Lopera's Body Worn Camera |
| 00:55:04 | Officer Lopera fell in the hallway and lost sight of Farmer. | Officer Lopera's Body Worn Camera |
| 00:54:36 | Farmer was seen running through the employee hallway. | Venetian Security Camera |
| 00:54:43 | Officer Lopera was seen running through the employee hallway. | Venetian Security Camera |
| 00:54:58 | Officer Lif is captured walking through the employee hallway. | Venetian Security Camera |
| 00:55:46 | Officer Lopera called out for Officer Lif and got no response. | Officer Lopera's Body Worn Camera |
| 00:55:33 | A white Toyota truck pulled into the valet security check point. | Venetian Security Camera |
| 00:55:37 | Farmer ran behind the white Toyota truck. | Venetian Security Camera |
| 00:56:20 | Officer Lopera instructed Farmer to "Stop!" Farmer was tased the first time and fell to the ground. | Officer Lopera's Body Worn Camera |
| 00:56:29 | Officer Lopera instructed Farmer to roll to his stomach and tased him a second time. | Officer Lopera's Body Worn Camera |
| 00:56:22 | Officer Lopera requested a "Code Red." | CAD |
| 00:56:39 | Farmer was tased a third time. | Officer Lopera's Body Worn Camera |
| 00:56:44 | Officer Lopera closed the distance on Farmer, grabbed him and rolled him to his back. | Officer Lopera's Body Worn Camera |
| 00:56:45 | Officer Lopera backed away from Farmer and tased him a fourth time and told Farmer to get on his stomach. | Officer Lopera's Body Worn Camera |
| 00:56:50 | Officer Lopera grabbed Farmer's left hand and attempted to place it behind Farmer's back. | Officer Lopera's Body Worn Camera |
| 00:56:54 | Farmer rolled onto his back and Officer Lopera touch stunned Farmer several times. | Officer Lopera's Body Worn Camera |
| 00:56:39 | Additional officers were dispatched to Officer Lopera's location to assist him. | CAD |
| 00:57:01 | Officer Lopera called out for security to help him out. | Officer Lopera's Body Worn Camera |
| 00:57:05 | Security arrived to assist Officer Lopera and Officer Lopera disengaged from Farmer and continued to pull the TASER trigger. | Officer Lopera's Body Worn Camera |
| 00:57:09 | Officer Lopera reengaged Farmer and continued to touch stun him with the ECD. | Officer Lopera's Body Worn Camera |
| 00:57:16 | Officer Lopera disengaged from Farmer and re-holstered his TASER and delivered the first head strike to Farmer. | Officer Lopera's Body Worn Camera |
| 00:57:39 | Officer Lopera continued to strike Farmer in the head and face, while he gave Farmer commands to "get on your stomach." | Officer Lopera's Body Worn Camera |
| 00:57:39 | Sergeant Crumrine arrived. | Venetian Security Camera |
| 00:57:41 | Officer Lopera moved to Farmer's back and encircled his neck. | Officer Lopera's Body Worn Camera |

| | | |
|---|---|---|
| 00:57:46 | Sergeant Crumrine told Farmer to "get your fucking hands behind your back." | Officer Lopera's Body Worn Camera |
| 00:57:54 | Sergeant Crumrine told Officer Lopera to let go. | Officer Lopera's Body Worn Camera |
| 00:57:58-00:58:04 | Officer Lopera asked three times "Is he out?" | Officer Lopera's Body Worn Camera |
| 00:58:09 | Officer Flores and Tran arrived. | Venetian Security Camera |
| 00:58:10 | Sergeant Crumrine told Officer Lopera to let Farmer go. | Officer Lopera's Body Worn Camera |
| 00:58:14 | Officer Lopera told officers on scene to "hold on." A unknown officer on scene told Lopera "Stop it, bro" | Officer Lopera's Body Worn Camera |
| 00:58:18 | Officer Lopera rolled Farmer to his left side and instructed officers to grab Farmer's left arm. | Officer Lopera's Body Worn Camera |
| 00:58:50 | Farmer was placed in handcuffs behind his back. | Officer Flores' Body Worn Camera |
| 00:58:53 | Officer Tran told Officer Lopera to "loosen up." | Officer Lopera's Body Worn Camera |
| 00:58:57 | Officer Lopera released the neck restraint and rolled off Farmer. | Officer Lopera's Body Worn Camera |
| 00:59:04 | Officers' Flores and Tran attempted to stand Farmer up. | Officer Flores' Body Worn Camera |
| 00:59:05 | Sergeant Crumrine advised dispatch Farmer was in-custody and medical was requested. | CAD |
| 00:59:08 | Numerous units arrived on scene. | Venetian Security Camera |
| 00:59:14 | Farmer was placed on the ground and Officer Tran conducted several sternum rubs on Farmer and checked for a pulse around his neck. | Officer Flores' Body Worn Camera |
| 00:59:36 | Officers Tran and Flores sat Farmer up and conducted palm strikes to Farmer's back. | Officer Tran's Body Worn Camera |
| 00:59:56 | Officer Tran checked Farmer's pulse and told Officer Flores he could not feel one. | Officer Tran's Body Worn Camera |
| 00:59:37 | Officer Young delegated officers to shut down the scene and divert traffic. | Officer Young's Body Worn Camera |
| 00:59:57 | Farmer was rolled onto his side into the recovery position. | Officer Kravetz' Body Worn Camera |
| 01:00:10 | Officer Lopera told Sergeant Crumrine he "choked" Farmer out. | Officer Lopera's Body Worn Camera |
| 01:00:39 | Officer Kravetz checked for a pulse while Officer Amburgey searched Farmer. | Officer Amburgey's Body Worn Camera. |
| 01:00:57 | Officer Lif was captured running from the loading dock toward the scene. | Venetian Security Camera |
| 01:01:22 | Officer Lopera told officers he "wailed" on Farmer and "rear-mounted and choked him out." | Officer Lopera's Body Worn Camera |
| 01:01:36 | Officer Lif arrived at the scene. | Officer Young's Body Worn Camera |
| 01:01:46 | Officer Lif approached Officer Lopera and told him she ran in the opposite direction. | Officer Lopera's Body Worn Camera |
| 01:02:08 | Officer Lopera asked Sergeant Crumrine if Farmer was okay. | Officer Lopera's Body Worn Camera |
| 01:03:03 | Sergeant Crumrine ran Farmer via his Mobile Data Terminal (MDT) in his vehicle. | Sergeant Crumrine's Body Worn Camera |
| 01:04:21 | Officer Kravetz advised dispatch Farmer had a faint pulse. | CAD |
| 01:04:43 | Officer Lopera told Officer Lif he, "rear-naked his ass." | Officer Lopera's Body Worn Camera |
| 01:04:46 | Officer Amburgey asked Venetian Security if they had an Automated External Defibrillator (AED). | Officer Amburgey's Body Worn Camera. |

| 01:05:07 | Officer Amburgey directed Officer Kravetz to take Farmer out of handcuffs so he could start Cardiopulmonary Resuscitation (CPR) due to Farmer not breathing. | Officer Amburgey's Body Worn Camera. |
| --- | --- | --- |
| 01:05:34 | Officer Amburgey started CPR and Officer Erika Von Tagen kept Farmer's airway open. | Officer Amburgey's Body Worn Camera. |
| 01:06:38 | FD arrived on scene. | CAD |
| 01:06:53 | Officer Kravetz took over CPR from Officer Amburgey. | Officer Kravetz' Body Worn Camera |
| 01:07:34 | Sergeant Crumrine told FD and AMR that Farmer had been tased and choked out. | Sergeant Crumrine's Body Worn Camera |
| 01:08:35 | FD and AMR medical personnel took over CPR. | Officer Kravetz' Body Worn Camera |
| 01:08:51 | Sergeant Crumrine and Officer Lopera talked about Farmer "not going out until we went to the pony wall there." | Sergeant Crumrine's Body Worn Camera |
| 01:09:02 | Officer Lopera stated he thought Farmer was in the early stages of Excited Delirium (ED). | Sergeant Crumrine's Body Worn Camera |
| 01:10:29 | Farmer was transported to Sunrise Hospital. | CAD |
| 01:12:32 | Lieutenant Summers arrived. | CAD |
| 01:45:26 | Farmer is pronounced deceased by Dr. Flores | CAD |