Exhibit C - Defendant Kenneth Lopera's body worn camera video



Kenneth Lopera's
Body Worn Camera
Video

Las Vegas Metropolitan
Police Department, et al.
adv.
Estate of Tashi S. Farmer, et al.

14687-57
CD

MARQUIS AURBACH
COFFING