# Exhibit E - Venetian security video and merged LVMPD video

<a>
<p><s>Case 2:17-cv-01946-JCM-BNW   Document 92-7   Filed 01/28/19   Page 2 of 2</s></p>
</a>

