Boris Treyzon, Esq. (CA Bar No. 188893)
**ABIR COHEN TREYZON SALO, LLP**
1901 Avenue of the Stars, Suite 935
Los Angeles, California 90067
Telephone: (424) 288-4367 / Fax: (424) 288-4368
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

Matthew Q. Callister, Esq. (NV Bar No. 1396)
Mitchell S. Bisson, Esq. (NV Bar No. 11920)
**CALLISTER LAW**
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Telephone: (702) 333-3334 / Fax: (702) 385-2899
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, Lorin Michelle Taylor; TAMARA BAYLEE KUUMEALI'MAKAMAE FARMER DUARTE, a minor, individually and as Successor-in-Interest, by and through her legal guardian, Stevandra Lk Kuanoni; ELIAS BAY KAIMIPONO DUARTE, a minor, individually and as Successor-in-Interest, by and through his legal guardian, Stevandra Lk Kuanoni,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; SERGEANT TRAVIS CRUMRINE, individually and in his Official Capacity; OFFICER MICHAEL TRAN, individually and in his Official Capacity; OFFICER MICHAEL FLORES, individually and in his Official Capacity; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01946-JCM-PAL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs, by and through their counsel of record, Abir Cohen Treyzon Salo, LLP hereby requests that the Court remove Mr. Darren Darwish from the docket of this case. Mr. Darwish's contact information is listed below:

| | |
|---|---|
| Name: | Darren D. Darwish, Esq. |
| CA Bar Number: | 305797 |
| Address: | 12301 Wilshire Blvd., Suite 520-D, Los Angeles, CA 90025 |
| Telephone: | (424) 369-5353 |
| Fax: | (424) 369-5356 |
| Email: | darren@darwishfirm.com |

Counsel of record for the following parties:
Plaintiffs ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, Lorin Michelle Taylor; TAMARA BAYLEE; KUUMEALI'MAKAMAE FARMER DUARTE, a minor, individually and as Successor-in-Interest, by and through her legal guardian, STEVANDRA Lk Kuanoni; ELIAS BAY KAIMIPONO DUARTE, a minor, individually and as Successor-in-Interest, by and through his legal guardian, Stevandra Lk Kuanoni'

PLEASE TAKE NOTICE: Boris Treyzon, Esq. of Abir Cohen Treyzon Salo, LLP will continue to serve as counsel of record for Plaintiffs.

Dated: May 3, 2019   By:   */s/ Boris Treyzon*
**Boris Treyzon, Esq.**
CA Bar No. 305797 (admitted *pro hac vice*)
**ABIR COHEN TREYZON SALO, LLP**
1901 Avenue of the Stars, Suite 935
Los Angeles, California 90067
*Attorneys for Plaintiffs*

**IT IS ORDERED** that the request for Mr. Darren Darwish to be removed from this case is **GRANTED**.

**IT IS FURTHER ORDERED** that any further requests of this type shall be styled as a motion in accordance with LR IA 11-6(b).

Dated this 6th day of May, 2019

Brenda Weksler
United States Magistrate Judge

1

NOTICE OF WITHDRAWAL OF COUNSEL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on May 3, 2019, I caused service of the foregoing:

1. **NOTICE OF WITHDRAWAL**

by golden state overnight mail and electronic mail through the United States District Court's CM/EC system to the following at their last known address and e-mail:

| | |
|---|---|
| Craig R. Anderson, Esq.<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>canderson@maclaw.com | Attorneys for Defendant<br>**LVMPD** |
| Daniel R. McNutt, Esq.<br>McNutt Law Firm, P.C.<br>625 South Eight Street<br>Las Vegas, Nevada 89101<br>drm@mcnuttlawfirm.com | Attorneys for Defendant<br>**OFFICER KENNETH LOPERA** |

/s/ Flor Pedro_____
An Employee of Abir Cohen Treyzon Salo, LLP