**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Sgt. Crumrine, Ofc. Tran and Ofc. Flores

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF TASHI S. FARMER a/k/a BROWN, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al.,<br><br>Defendants. | Case Number:<br>2:17-cv-01946-JCM-BNW |

**STIPULATION AND ORDER TO CONTINUE TRIAL**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Estate of Tashi S. Farmer a/k/a Tashii Farmer a/k/a Tashii Brown, by and through its Special Administrator, Lorin Michelle Taylor; T.B., a minor; and E.B. a minor, by and through their attorneys of record, Boris Treyzon, Esq. of Abir Cohen Treyzon Salo, LLP; Defendant Kenneth Lopera, by and through his attorney of record, Daniel R. McNutt, Esq. of McNutt Law Firm; and Defendant Las Vegas Metropolitan Police Department, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, that the trial currently set for July 27, 2020 (ECF No. 158) be continued to a date convenient for the court on a stack beginning on either October, November, or December 2020.

/ /

/ / /

MAC:14687-057 4056150_1 5/29/2020 2:11 PM

This Stipulation is entered into for the following reasons:

1. On October 16, 2019, this Court set a jury trial date on a stacked calendar beginning July 27, 2020. (ECF No. 158) Motions in Limine are due on June 26, 2020.

2. After the trial setting, the parties agreed to a mediation with former Magistrate Judge Peggy Leen at JAMS.

3. The mediation was originally scheduled for May 21, 2020.

4. Due to travel restrictions resulting from the COVID-19 pandemic, the mediation was recently moved to **July 14, 2020**.

5. The mediation was scheduled to provide the parties a chance at settlement prior to incurring the costs and fees associated with trial preparation (i.e., motions in limine, expert fees, and overall trial preparation).

6. The new mediation date is currently set after the motions in limine deadline and just two-weeks before the start of trial.

7. The parties request that the court continue the current trial date so that the parties do not unnecessarily incur the expenses associated with filing motions in limine, paying experts, and otherwise preparing for trial.

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:14687-057 4056150_1 5/29/2020 2:11 PM

8. The parties have met and conferred and agree that a new trial date in either October, November, or December or any time thereafter at the convenience of the Court.

This is the first stipulation filed herein to continue the trial dates.

IT IS SO STIPULATED this 27th day of May, 2020.

| MARQUIS AURBACH COFFING | ABIR COHEN TREYZON SALO, LLP |
|---|---|
| By:  s/Craig R. Anderson  <br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant LVMPD | By:  s/Boris Treyzon  <br>Boris Treyzon, Esq.<br>Admitted Pro Hac<br>16001 Ventura Blvd., Ste. 200<br>Encino, California 91436<br>Attorney for Plaintiffs |

MCNUTT LAW FIRM

By:  s/Daniel R. McNutt  
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 South Eighth Street
Las Vegas, NV 89101
Attorney for Defendant Lopera

## ORDER

IT IS HEREBY ORDERED this ___ day of May, 2020, that the trial date in the above-referenced action is hereby moved to November 2   , 20 20 at 9:00 am.   Calendar Call is October 28, 2020 at 1:30 p.m.

DATED June 1, 2020.

_____
United States District Court Judge

MAC:14687-057 4056150_1 5/29/2020 2:11 PM