UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTATE OF TASHI S. FARMER, et al., | Case No. 2:17-CV-1946 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Estate of Tashi S Farmer et al. v. Las Vegas Metropolitan Police Department et al.*, case number 2:17-cv-01946-JCM-BNW.

On May 27, 2020, the parties stipulated to continue the calendar call and trial dates in this matter, representing that they agreed to mediation. (ECF No. 159 at 2). Due to the COVID-19 pandemic, the mediation was postponed from May 21 to July 14, 2020. *Id.*

It appears that the parties' mediation was successful. *See* Joyce Lupiani, *Las Vegas police reportedly reach $2.2M settlement with family of Tashii Farmer*, KTNV Las Vegas, July 17, 2020. Although the parties apparently alerted the media that they "reached an amicable resolution of [this] action," they neglected to tell the court. *Id.*

The news article indicates that "[t]he settlement will now go before the Las Vegas Metropolitan Police Department Fiscal Affairs Committee for its approval." *Id.* The court instructs the parties to file a stipulation to dismiss this action or a status report regarding their settlement on or before August 31, 2020.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS SO ORDERED.

3  DATED July 27, 2020.

4
5  _____
   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -