UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESTATE OF TASHI S. FARMER, et al., | Case No. 2:17-CV-1946 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Estate of Tashi S Farmer et al. v. Las Vegas Metropolitan Police Department et al.*, case number 2:17-cv-01946-JCM-BNW.

On August 26, 2020, the parties submitted a joint status report regarding the status of their settlement. (ECF No. 164). Plaintiffs were in the process of finalizing their petition to compromise minor's claims for each of the plaintiffs and expected to submit these petitions to the court no later than September 4, 2020. (ECF No. 164 at 3). The settlement is contingent on the court's approval of the petitions. The court is yet to receive them.

The court instructs the parties to file the petitions to compromise minor's claims within fourteen (14) days of the entry of this order or, otherwise, file a joint status report explaining why they cannot do so.

The court also instructs the parties to file a stipulation to dismiss this action within thirty (30) days of the court's approval of the petitions.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED September 16, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -