1

2

3

4

5

**ABIR COHEN TREYZON SALO, LLP**
Boris Treyzon, Esq. (CA Bar No. 188893)
*btreyzon@actslaw.com*
16001 Ventura Blvd, Suite 200
Encino, California 91436
Telephone: (424) 288-4367
Fax: (424) 288-4368
*Admitted Pro Hac Vice*

**CALLISTER LAW**
Matthew Q. Callister, Esq. (NV Bar No. 1396)
Mitchell S. Bisson, Esq. (NV Bar No. 11920)
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Telephone: (702) 333-3334
Fax: (702) 385-2899
*Attorneys for Plaintiffs*

6

7

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, Lorin Michelle Taylor; et al; <br><br>            Plaintiffs, <br><br>            vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity; and Does 1 through 50, inclusive, <br><br>            Defendants. | Case No.: 2:17-cv-01946-JCM-PAL <br><br> *Assigned for all purposes to:* <br> Hon. James C. Mahan <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

21

22

23

24

25

26

27

28

     IT IS HEREBY STIPULATED by and between Plaintiffs, ESTATE OF TASHI S. FARMER a/k/a TASHII FARMER a/k/a TASHII BROWN, by and through its Special Administrator, LORIN MICHELLE TAYLOR; T.D., a minor, individually and as Successor-in-Interest, by and through her legal guardian, STEVANDRA LK KUANONI; E.D., a minor, individually and as Successor-in-Interest, by and through his legal guardian, STEVANDRA LK KUANONI ("Plaintiffs") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER KENNETH LOPERA, individually and in his Official Capacity ("Defendants"), by and through their attorneys of record,

that this matter be dismissed, and any and all claims Plaintiffs had or may have had against the

Defendants, that are contained in, reasonably related to, or could have been brought in the above-

captioned action, are hereby dismissed, with prejudice, in their entirety.

IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 21 day of October, 2020.
ABIR COHEN TREYZON SALO, LLP

By: */s/ Boris Treyzon*
    **Boris Treyzon, Esq.**
    CA Bar No. 188893
    (admitted *pro hac vice*)
    16001 Ventura Blvd., Suite 200
    Encino, California 91436
    *Attorneys for Plaintiffs*

DATED this 22 day of October, 2020.
CALLISTER LAW

By: */s/ Mitchell S. Bisson*
    **Mitchell S. Bisson, Esq.**
    Nevada Bar No. 11920
    330 E. Charleston Blvd., Ste. 100
    Las Vegas, Nevada 89104
    *Attorneys for Plaintiffs*

DATED this 22 day of October, 2020.
Estate of Tashi S. Farmer, by and through its
Special Administrator

By: */s/ Margaret Callister-Thuet*
    **Margaret Callister-Thuet**

DATED this 21 day of October, 2020.
MARQUIS AURBACH COFFING

By: */s/ Craig R. Anderson*
    **Craig R. Anderson, Esq.**
    NV Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendant LVMPD*

DATED this 21 day of October, 2020.
MCNUTT LAW FIRM, P.C.

By: */s/ Daniel R. McNutt*
    **Daniel R. McNutt, Esq.**
    Nevada Bar No. 7815
    625 S. Eighth Street
    Las Vegas, Nevada 89101
    *Attorney for Defendant Lopera*

**<u>ORDER</u>**

IT IS SO ORDERED:

DATED: October 23, 2020

_____
UNITED STATES DISTRICT COURT JUDGE